No. 540. EL PUEBLO v. CARABALLO.—
No. 541. EL PUEBLO v. PÉREZ.—
No. 538. EL PUEBLO v. ORTIZ.—
No. 543. EL PUEBLO v. CRUZ.—
No. 542. EL PUEBLO v. MONTAÑEZ.—
No. 539. EL PUEBLO v. PÉREZ.—
No. 544. EL PUEBLO v. COTO.—
No. 545. EL PUEBLO v. CRUZ.—
No. 547. EL PUEBLO v. ROBLES.—
No. 550. EL PUEBLO v. CARABALLO.—
No. 552. EL PUEBLO v. GALLO.—
No. 549. EL PUEBLO v. COLÓN.—
No. 546. EL PUEBLO v. DÍAZ.—
No. 551. EL PUEBLO v. RAMOS.—

Apelaciones procedentes de la Corte de Distrito de Humacao en causas por delito electoral. Resueltas en marzo 6, 7, 10, 11 y 12 de 1913. Confirmadas las sentencias apeladas de noviembre 1, 1912. Abogado del Pueblo: *Sr. Frank Martínez, Fiscal interino.* Los apelantes no comparecieron.

---

No. 960. VEVE ET AL. v. THE FAJARDO DEVELOPMENT COMPANY.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para desestimar la apelación. Resuelta en marzo 10, 1913. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por la Ley No. 70 de marzo 9, 1911. Abogado de la parte promovente: *Sr. Luis Muñoz Morales.* Abogado de la parte contraria: *Sr. Horacio S. Belaval.*